## FOURTH DEPARTMENT, APRIL TERM, 1890.

Warren Newton, as Railroad Commissioner of the Town of Norwich, N. Y., Respondent, v. Annie E. Manwarring, Appellant, Impleaded with M. Palmer Newton and others. — Judgment reversed upon the exceptions and a new trial ordered, with costs to abide the event. Opinion by Hardin, P. J.

Seth Miner, Appellant, v. D. Lamott Stebbins, Respondent. — Judgment affirmed, with costs.

Jerome D. Holmes, Respondent, v. William E. Roper et al., as Administrators, etc., of Job Holmes, Deceased, Appellants. — Order reversed and order of confirmation and judgment thereon set aside, and a new trial directed before another referee, upon payment by the defendants within twenty days of the costs allowed by the order, and in the judgment, and costs of the appeal before notice of argument, and in default of such payment the order denying the motion for a new trial affirmed, with costs, and the judgment and orders affirmed with costs. Opinion by Hardin, P. J.; Mem. by Merwin, J.; dissenting opinion by Martin, J.

Joseph H. Wilcox and Henry E Snyder, Appellants, v. Louis F. Joslin, Respondent.—Judgment and orders affirmed, with costs. Opinion by Merwin, J.

Obed A. Seeley, Respondent, v. Amos D. Shaffer, Appellant.—Judgment and order affirmed, with costs. Opinion by Martin, J.

Patrick Redmond, Appellant, v. The Rome, Watertown and Ogdensburg Railroad Company, Respondent.—Judgment and order affirmed, with costs. Opinion by Martin, J.

Hiram B. Simmons, Respondent, v. the Syracuse, Binghamton and New York and Oswego and Syracuse Railroad Benevolent Society, New York, Appellant.— Judgment and order affirmed, with costs. Opinion by Merwin, J.

Rosanna Murphy, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Lory O. Rand, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant.— Judgment and order affirmed, with costs. Opinion by Merwin, J.

The Mutual Life Insurance Company of New York, Respondent, v. Margaret Cranwell, Impleaded, Appellant.— Judgment modified by inserting a clause therein to the effect that the same shall be "without prejudice to the right of the Cranwells to proceed either by a suit at law or a bill in equity to enforce the agreement set up in the answer against Robeson and Bulger, or to recover compensation in damages," and so modified judgment affirmed, with costs. (See *Jones v. Grant*, 10 Paige, 351.) Orders appealed from affirmed, without costs. Opinion by Hardin. P. J.

Isaac D. Garfield, Respondent, v. Charles C. Blair, Appellant.— Judgment and order affirmed, with costs. Opinion by Martin, J.

The People of the State of New York *ex rel.* The West Shore Railroad Company, Respondent, v. Victor Adams and others, Trustees of the Village of Little Falls, Appellants.— Order entered July 3, 1889; reversed, with ten dollars costs and disbursements, and prayer of petitioner denied, with costs against the petitioner as upon the trial of an issue of fact in the Supreme Court. Appeal from order entered November 8, 1889, dismissed, without costs. Opinion by Merwin, J. Mem. by Hardin, P. J.

The People of the State of New York *ex rel.* The West Shore Railroad Company, Respondent, v. Warner Edick and others, Trustees of the Village of Little Falls, Appellants.—Order

entered July 3, 1889, reversed with ten dollars costs and disbursements, and prayer of petitioner denied with costs against the petitioner as upon the trial of an issue of fact in the Supreme Court. Appeal from order entered November 8, 1889, dismissed without costs. Opinion by Merwin. J.; Mem. by Hardin, P. J.

Dempster C. Austin, Appellant, v. Charles C. Vroman and Christopher H. Chase, Respondents. — Judgment reversed and a new trial ordered, with costs to abide the event. Leave given to appeal to the Court of Appeals as a question of law is involved which ought to be reviewed by that Court. Opinions by Hardin, P. J., and Martin, J.; Merwin, J., not sitting.

Margaret Hayden, Respondent, v. Wallace Clarke, as President of the Utica Toboggan Club, Appellant. — Judgment and order affirmed, with costs. Opinion by Martin, J.

Joseph Mullen, as Receiver of the Property of William W. Herrick and Henry H. Ayres, Plaintiff, Appellant, v. Humphrey Sisson, as Assignee of William W. Herrick and Henry H. Ayres, Defendant, Respondent.—Judgment affirmed, with costs. Mem. by Merwin, J.

J. M. Crounse and Charles B. Crounse, Respondents, v. Luman Bailey, as Sheriff of St. Lawrence county, Appellant.— Judgment reversed upon the exceptions and a new trial ordered before another referee, with costs to abide the event. Opinion by Hardin, P. J. Dissenting opinion by Merwin, J.

Matthias H. Arnot et al., Respondents, v. Charles L. Bingham, Receiver, etc., Appellants. — Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Proceedings to disbar William Yeomans.—Motion of defendant denied. Motion of petitioner for leave to add supplemental charges to those now pending before the referee denied.

Cora M. Walters, Respondent, v. Mortimer M. Mayhew, as Executor, etc., Appellant.—Motion denied.

The People *ex rel.* Simmon D. Paddock, Appellant, v. Kirby W. Lewis et al., Respondents.— Motion denied.

People *ex rel.* John C. Streeter; Appellant, v. Albert Fitzgerald, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Mary Ketcham, Respondent, v. George Dickerson, Appellant, Impleaded. — Order affirmed, with ten dollars costs and disbursements.

William Disbrow, as Administrator, etc., Appellant, v. John Disbrow, Respondent. — Order affirmed, with ten dollars costs and disbursements.

David R. Coe and another, as Administrators, Appellants, v. Ledyard W. Coe, Respondent — Order affirmed, with ten dollars costs and disbursements.

Warren H. Powell, Appellant, v. Michael Russell, Respondent.— Order affirmed, with ten dollars costs and disbursements.

Jacob M. Mertens, as Survivor, etc., Plaintiff, v. Isaac N. Wright and another; George N. Crouse and another, Plaintiffs, v. Same Defendants; John Dunn, Jr., et al., Plaintiffs, v. Same Defendants; Isaac B. Richmond, Appellant. — Order reversed, with ten dollars costs and disbursements. See opinion of Martin, J., in McCarthy and others v. Isaac N. Wright and another, decided at this term.

Catherine McGraw, as Administratrix, etc., Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Impleaded, Respondent.— Judgment affirmed, with costs.

Samuel Bull, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Ap-